**JUDGE DAVID BRIONES**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION



| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the August 12, 2006, Rahman v. Maskaev Event, § § § § § § Plaintiff, § § v. § § (1) ROCK INN, INC., Individually and d/b/a ROCK INN; and § § (2) MYONG SUK KIM, Individually and d/b/a ROCK INN, § § § Defendants. § | Civil Action No. _____  **EP09CV0293** |

## PLAINTIFF'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to FED. R. CIV. P. 7.1, Plaintiff J&J Sports Productions, Inc. ("Plaintiff") provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. J&J Sports Productions, Inc.
   2380 South Bascom Avenue, Suite 200
   Campbell, California 95008

2. Thomas P. Riley, P.C.
   1114 Freemont Avenue
   South Pasadena, California 91030

3. Korn, Bowdich & Diaz, L.L.P.
   4221 Avondale Ave.
   Dallas, Texas 75219

4. Rock Inn, Inc.
   10445 Orpheus Drive
   El Paso, Texas 79924

5. Myong Suk Kim
   3315 Dyer
   El Paso, Texas 79930

Respectfully submitted,

By: _____
Andrew R. Korn
State Bar No. 11683150
Attorney-in-charge

KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Ave.
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy
www.kbdtexas.com

ATTORNEYS FOR PLAINTIFF
J&J SPORTS PRODUCTIONS, INC.